

**NUMBER 13-14-00432-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF Y. C., A CHILD

---

**On appeal from the 398th District Court
of Hidalgo County, Texas.**

---

## ORDER

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

Appellant's retained counsel, Francisco Guerrero II, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellant is directed to notify the Court promptly if she retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone

number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellant is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of October, 2014.